Meda Stickler, Plaintiff-Appellant, v. Tommy Stickler, Defendant-Appellee.

Gen. No. 11,656. 

Second District, First Division.

December 4, 1962.

 Reno, Zahm, Folgate & Skolrood, of Rockford (Roger Reno, of counsel), for appellant; Maynard & Maynard, of Rockford (James F. Maynard, of counsel), for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.